UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARIN K. WILBER, JR.,

    Defendant.

2022 JAN 19 P 12:29

Case No. 22-CR-22

[18 U.S.C. §§ 113(a)(3) & 1153(a)]

**Green Bay Division**

---

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about November 13, 2021, within the exterior boundaries of the Menominee Indian Reservation in the State and Eastern District of Wisconsin,

**DARIN K. WILBER, JR.,**

being a Native American Indian, did assault other persons with a dangerous weapon, and with intent to cause bodily harm, by stabbing AV-1 and AV-2, both Native American Indians, with a knife, causing lacerations on AV-1 and AV-2.

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153(a).

A TRUE BILL:

███████████████

FOREPERSON
Dated: 1/19/2022

RICHARD G. FROHLING
United States Attorney